UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| PATRICIA A. TERRANOVA,<br><br>    Plaintiff,<br><br>v.<br><br>SUNRISE CREDIT SERVICES, INC.,<br><br>    Defendant. | CASE NO. 3:10-cv-150 RLY-WGH |

## NOTICE OF DISMISSAL WITH PREJUDICE

   Plaintiff Patricia A. Terranova, by counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action with prejudice, costs paid, Plaintiff and Defendant having resolved all differences between them.


Dated: January 11, 2011                    Respectfully submitted,


                                            s/ Robert E. Duff
                                           Robert E. Duff
                                           Indiana Consumer Law Group/
                                           The Law Office of Robert E. Duff
                                           380 Mount Zion Road, Suite C
                                           Lebanon, Indiana 46052
                                           Telephone: 800-817-0461
                                           Facsimile: 800-817-0461
                                           Email: robert@robertdufflaw.com

                                           *Counsel for Plaintiff Patricia A. Terranova*